WR-81,503-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/9/2015 4:53:33 PM
Accepted 2/10/2015 8:02:23 AM
ABEL ACOSTA
CLERK

**CAUSE NO. WR-81,503-02**

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AT AUSTIN**

RECEIVED
COURT OF CRIMINAL APPEALS
2/9/2015
ABEL ACOSTA, CLERK

_____

**ON APPEAL FROM**
**APPLICATION FOR A WRIT OF HABEAS CORPUS**
**CAUSE NO. W11-00773-M(B)**
**194th DISTRICT COURT**
**DALLAS COUNTY, TEXAS**

_____

**ELMER SALMERON**
**APPLICANT,**

**V.**

**STATE OF TEXAS,**
**APPELLEE**

_____

**MOTION FOR EXTENSION OF TIME**
**TO FILE FINDINGS OF FACT AND**
**CONCLUSIONS OF LAW AFTER HEARING**

_____

BRUCE ANTON
STATE BAR NO. 01274700

SORRELS UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
214/468-8100
214/468-8104 (fax)
ba@sualaw.com

COMES NOW, Bruce Anton, counsel for Applicant, Elmer Salmeron, in this cause, and moves this court to issue an extension of time to file his findings of fact and conclusions of law, and in support thereof would show the court as follows:

I.

This writ of habeas corpus is currently pending in the 194th District Court of Dallas County, Texas. A bench warrant was issued for Applicant to appear at a hearing March 6, 2015. After the hearing, counsel proposes to submit findings of fact and conclusions of law in regard to Applicant's claim that his plea was involuntary and that which it deems relevant and appropriate to the disposition of Applicant's claim for habeas corpus relief.

II.

Counsel is diligently pursuing this matter, however, an additional 60 days is required to complete the findings.

III.

No previous extensions have been requested.

IV.

The facts relied upon to show good cause for this request for extension are recited above.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney requests this court to grant an extension of time of 60 days to file findings of fact and conclusions of law.

RESPECTFULLY SUBMITTED,

/s/ Bruce Anton
**BRUCE ANTON**
STATE BAR NO. 01274700

SORRELS UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
214/468-8100
214/468-8104 (fax)
ba@sualaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Appellant's motion for extension to file findings of fact and conclusions of law was delivered via U.S. Mail to Dallas County District Attorney's Office, 133 N. Riverfront, Dallas, Texas 75207 on the 9th day of February, 2015.

/s/ Bruce Anton
**BRUCE ANTON**